# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **RONALD A.,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|             v. | )  2:20-cv-00210-JDL |
| | ) |
| **ANDREW M. SAUL,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|    Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Ronald A. seeks judicial review of the Social Security Administration Commissioner's final decision determining that he is not disabled and denying his application for disability insurance benefits (ECF No. 1).  Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2021) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on the Plaintiff's Statement of Errors (ECF No. 15) on March 10, 2021.  The Magistrate Judge filed his Recommended Decision with the Court on June 20, 2021 (ECF No. 23), recommending that the Court affirm the Commissioner's decision.  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.  It is therefore **ORDERED** that the Recommended Decision

(ECF No. 23) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 27th day of July, 2021.**

                                                       \_\_\_\_\_/s/ JON D. LEVY\_\_\_\_\_
                                                **CHIEF U.S. DISTRICT JUDGE**